Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−19302−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laquan M Evans
   486 Cole Farm Road
   Warrenton, NC 27589

Social Security No.:
   xxx−xx−7518

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 10, 2020.

On 11/10/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:               December 22, 2021
Time:              09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 12, 2021
JAN: lgr

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 20-19302-ABA

Laquan M Evans                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                Page 1 of 2
Date Rcvd: Nov 12, 2021                 Form ID: 185                             Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laquan M Evans, 486 Cole Farm Road, Warrenton, NC 27589-9534 |
| cr | + | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518918015 | | Amerifinancial Solutions, PO Box 65018, Baltimore, MD 21264-5018 |
| 518926126 | + | Bayview Loan Servicing LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518936101 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518918018 | | Dominic Ashley, 110 Southland Dr, Henderson, NC 27537-4542 |
| 518918022 | | MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 518950981 | + | Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518918019 | ++ | NATIONS FIRST CAPITAL DBA GO CAPITAL, 516 GIBSON DR STE 160, ROSEVILLE CA 95678-5792 address filed with court:, Go Capital, 910 Pleasant Grove Blvd Ste 120, Roseville, CA 95678-6188 |
| 518918020 | | Nations First Capital dba, Go Capital, 516 Gibson Dr, Suite 160, Roseville, CA 95678-5792 |
| 518918023 | | North Carolina Child Support, PO Box 20800, Raleigh, NC 27619-0800 |
| 518927130 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518918025 | | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518984216 | | Stonewall Motors, Inc., Attn: Steven Elliott, 1037 Arthur Dr, Graham, NC 27253-9537 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2021 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2021 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 12 2021 22:04:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518918016 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 12 2021 22:03:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1873 |
| 518980126 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 12 2021 22:03:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 518918017 | | Email/Text: collect@ccsroanoke.com | Nov 12 2021 22:04:00 | Creditors Collections Services, 4530 Old Cave Spring Rd, Roanoke, VA 24018-3423 |
| 518918021 | | Email/Text: support@ljross.com | Nov 12 2021 22:04:00 | LJ Ross, 4 Universal Way, Jackson, MI 49202-1455 |
| 518918024 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 12 2021 22:05:51 | Regional Acceptance, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 518927130 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 12 2021 22:04:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518918025 | | Email/Text: enotifications@santanderconsumerusa.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2021 | Form ID: 185 | Total Noticed: 22 |

|  |  |  | Nov 12 2021 22:04:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
|---|---|---|---|---|
| 518978842 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 12 2021 22:21:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518989001 | * | Stonewall Motors, Inc., Attn: Steven Elliott, 1037 Arthur Dr, Graham, NC 27253-9537 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Community Loan Servicing LLC. f/k/a Bayview Loan servicing, LLC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Moshe Rothenberg | on behalf of Debtor Laquan M Evans moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. mortoncraigecf@gmail.com mortoncraigecf@gmail.com |

TOTAL: 8