Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, New Jersey 08360
P: (856) 236-4374
F: (856) 405-6769
Attorney for Debtor(s)

_____

| | | |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| | : | |
| Laquan M. Evans | : | CHAPTER 13 CASE  NO.:  20-19302/ABA |
| | : | |
| | : | APPLICATION TO CONVERT CHAPTER |
| Debtor | : | 13 TO A PROCEEDING UNDER CHAPTER |
| | : | 7 OF THE BANKRUPTCY CODE |
| _____ | : | |

TO:    Honorable Andrew B. Altenburg, U.S.B.J.

Come now, Laquan M. Evans, debtor herein, and would show the Court the following:

1.    The debtor filed a Petition under Chapter 13 of the Bankruptcy Code on August 5, 2020.

2.    This case has not been converted under 11 U.S.C. § 1112, 1208 or 706.

3.    The debtor is eligible to be a debtor under Chapter 7 of the Bankruptcy Code and desires to convert this case to a case under Chapter 7.

WHEREFORE, debtor prays for relief under Chapter 7 of Title 11 of the United States Code.


Date: January 24, 2022                                /s/ Moshe Rothenberg, Esq._____
                                                      Moshe Rothenberg, Esq.
                                                      Attorney for Debtor