| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Andrew B. Finberg, ESQ.<br>Law Office of Andrew B. Finberg, LLC<br>525 Route 73 South, Ste. 200<br>Marlton, NJ 08053<br>(856)988-9055<br>Attorney for Chapter 7 Trustee | Order Filed on March 28, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Laquan M. Evans<br><br>Debtor | Case No.: 20-19302<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Andrew B. Altenburg, Jr. |

## CONSENT ORDER EXTENDING TIME FOR TRUSTEE OR U.S. TRUSTEE TO OBJECT TO EXEMPTIONS AND DISCHARGE UNTIL JUNE 18, 2022

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 28, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor(s): Laquan M. Evans
Case No: 20-19302
Caption of Order:   Consent Order Extending Time for Trustee or U.S. Trustee to Object to Exemptions and Discharge Until June 18, 2022

WHEREAS, the Debtor filed a Chapter 13 case on August 5, 2020 which subsequently converted to a Chapter 7 case on January 24, 2022, seeking a discharge of his debts and his right to exempt certain property under 11 U.S.C. section 522 and under section 727;

WHEREAS, the Court now having set the date to Object to the Debtor's discharge for April 19, 2022;

WHEREAS, the Trustee is continuing to review the information provided in this matter; and

WHEREAS, the Debtor intends to supply all requested documentation; and

WHEREAS, the parties having agreed to extend the time to Object to Exemptions and Discharge, and for good cause shown;

IT IS HEREBY ORDERED that the time within which the Trustee, or the United States Trustee, may file a complaint objecting to exemptions and discharge of the debtors be and is hereby extended sixty (60) days from the last objection deadline date of April 19, 2022 to June 18, 2022.

I hereby consent to form and entry of this Order.

Andrew B. Finberg
Chapter 7 Trustee

/s/ _____
By: Andrew B. Finberg, Chapter 7 Trustee

Dated: 3/28/2022

Moshe Rothenberg, Esquire
Attorney for the Debtor

/s/ Moshe Rothenberg, Esq.
By: Moshe Rothenberg, Esquire

Dated: 3/28/2022

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-19302-ABA

Laquan M Evans                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                Page 1 of 2
Date Rcvd: Mar 28, 2022                Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Laquan M Evans, 486 Cole Farm Road, Warrenton, NC 27589-9534 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022                        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Finberg | trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Brian C. Nicholas | on behalf of Creditor Community Loan Servicing LLC. f/k/a Bayview Loan servicing, LLC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 28, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Moshe Rothenberg
      on behalf of Debtor Laquan M Evans moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com

U.S. Trustee
      USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
      on behalf of Creditor Santander Consumer USA Inc. mortoncraigecf@gmail.com  mortoncraigecf@gmail.com

TOTAL: 8