UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:
Evans, Laquan M

Case No.: 20-19302 ABA
Chapter 7
Judge: Andrew B. Altenburg Jr.

# NOTICE OF PROPOSED ABANDONMENT

On April 27, 2022, Andrew Finberg, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk:  US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ANDREW B. ALTENBURG JR. on May 31, 2022 at 10:00a.m. at the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ, Courtroom no.4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
|---|---|---|---|
| 707 New Maple Road Pleasantville, NJ 08232 | $117,666.00 | $160,458.67 (*as of October 2021). | $0.00 |

Objections must be served on, and requests for additional information directed to:

NAME:            Andrew Finberg, Chapter 7 Trustee

ADDRESS:      525 Route 73 South, Suite 200, Marlton, NJ 08053

TELEPHONE NO:   (856) 988-9055

United States Bankruptcy Court

District of New Jersey

In re:  
Laquan M Evans  
    Debtor

Case No. 20-19302-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 28, 2022      Form ID: pdf905      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laquan M Evans, 486 Cole Farm Road, Warrenton, NC 27589-9534 |
| 518918015 | | Amerifinancial Solutions, PO Box 65018, Baltimore, MD 21264-5018 |
| 518926126 | + | Bayview Loan Servicing LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518936101 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518918018 | | Dominic Ashley, 110 Southland Dr, Henderson, NC 27537-4542 |
| 518918022 | | MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 518950981 | + | Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518918019 | ++ | NATIONS FIRST CAPITAL DBA GO CAPITAL, 516 GIBSON DR STE 160, ROSEVILLE CA 95678-5792 address filed with court:, Go Capital, 910 Pleasant Grove Blvd Ste 120, Roseville, CA 95678-6188 |
| 518918020 | | Nations First Capital dba, Go Capital, 516 Gibson Dr, Suite 160, Roseville, CA 95678-5792 |
| 518984216 | | Stonewall Motors, Inc., Attn: Steven Elliott, 1037 Arthur Dr, Graham, NC 27253-9537 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 28 2022 20:41:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518918015 | ^ | MEBN | Apr 29 2022 10:06:26 | Amerifinancial Solutions, PO Box 65018, Baltimore, MD 21264-5018 |
| 518918016 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 20:40:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1873 |
| 518980126 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 20:40:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 518918017 | | Email/Text: collect@ccsroanoke.com | Apr 28 2022 20:41:00 | Creditors Collections Services, 4530 Old Cave Spring Rd, Roanoke, VA 24018-3423 |
| 518918021 | | Email/Text: support@ljross.com | Apr 28 2022 20:40:00 | LJ Ross, 4 Universal Way, Jackson, MI 49202-1455 |
| 518918022 | ^ | MEBN | Apr 29 2022 10:06:24 | MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 518918023 | | Email/Text: kristen.sigmon@dhhs.nc.gov | Apr 28 2022 20:40:00 | North Carolina Child Support, PO Box 20800, Raleigh, NC 27619-0800 |
| 518918024 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |

Case 20-19302-ABA   Doc 65   Filed 04/30/22   Entered 05/01/22 00:16:24   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: pdf905 | Total Noticed: 22 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 28 2022 20:53:46 | Regional Acceptance, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 518927130 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 28 2022 20:41:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518918025 | | Email/Text: enotifications@santanderconsumerusa.com | Apr 28 2022 20:41:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518978842 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 20:53:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518989001 | * | Stonewall Motors, Inc., Attn: Steven Elliott, 1037 Arthur Dr, Graham, NC 27253-9537 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Finberg | trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Brian C. Nicholas | on behalf of Creditor Community Loan Servicing LLC. f/k/a Bayview Loan servicing, LLC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Moshe Rothenberg | on behalf of Debtor Laquan M Evans moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 28, 2022 | Form ID: pdf905 | Total Noticed: 22

William E. Craig
                on behalf of Creditor Santander Consumer USA Inc. mortoncraigecf@gmail.com mortoncraigecf@gmail.com

TOTAL: 9