Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:  Laquan M. Evans　　　　　　　　　　　　　　　　Case No.: 20-19302/ABA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 7**

## CERTIFICATION OF LAQUAN M. EVANS

I, Laquan M. Evans, am the debtor in this case and I am authorized to make this certification. I certify that all statements made by me are true and correct and I am aware that if any statements are willfully false, I am subject to punishment for false swearing.

1. I am making this brief certification at the request of the Chapter 7 Trustee concerning the Bitcoin account I had.

2. This was an account I had opened in the spring of 2021. I don't recall the exact date but that is about when I first started.

3. Over the eight months I had this account I invested approximately $1,600.00 of my own money.

4. I had some gains and losses over that time but overall, I believe I just broke even and at that point I didn't feel it was worth it anymore, so I closed the account and it has had no activity since the end of last year.

5. I trust this brief certification is satisfactory to the Chapter 7 Trustee and would respectfully request that my case be processed towards a successful completion.

I, Laquan M. Evans, certify that all statements made by me are true and correct and I am fully aware that if any statement is willfully false, I am subject to punishment for false swearing.

**Dated: May 11, 2022**　　　　　　　　　　　　　　**/s/ Laquan M. Evans**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Laquan M. Evans**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Debtor**