Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−19302−ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laquan M Evans
   486 Cole Farm Road
   Warrenton, NC 27589

Social Security No.:
   xxx−xx−7518

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Kenyatta A. Johnson , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

re: 707 New Maple Road Pleasantville, NJ 08232


Dated: May 25, 2022
JAN: kaj

                                                                        Jeanne Naughton
                                                                        Clerk